**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**TIMOTHY J. JONES,**

                Plaintiff

    **VS.**

**SYLVIA HOGG,**

                Defendant

**NO.  5: 04-CV-31 (CWH)**

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## ORDER DENYING MOTIONS TO COMPEL DISCOVERY

Before the court are plaintiff JONES' two MOTIONS TO COMPEL DISCOVERY (Tabs #20 and #21) in the above-styled case, as well as the defendant's Response (Tab #28) and the plaintiff's reply to the defendant's response (Tab #29). The defendant, through affidavit of Juanita Laidler attached to her Response, has demonstrated to the court that all requested documents have been provided to the plaintiff.

Accordingly, the plaintiff's Motions to Compel Discovery (Tabs #20 and #21) are moot and **DENIED** as such.

The plaintiff's Response (Tab #29) includes a request for the award of attorney fees and cost for defendant's failure to obey a discovery order and for judgment be entered on plaintiff's behalf. Pursuant to *Massingale v. Ray*, 367 F. 3d 1298 (11th Cir. 2001), *pro se* litigants are not entitled to award of attorneys' fees. Accordingly, that request is **DENIED**, as is the plaintiff's request for judgment on his behalf.

SO ORDERED, this 24th day of MARCH, 2006.



                                      CLAUDE W. HICKS, JR.
                                      UNITED STATES MAGISTRATE JUDGE