IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TIMOTHY J. JONES,

        Plaintiff

   VS.

NO. 5: 04-CV-31 (WDO)

SYLVIA H. HOGG, Clerk of
Superior Court of Macon County,

        Defendant

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## O R D E R

Upon consideration of plaintiff's MOTION FOR DEFAULT JUDGMENT (Tab #44) and his request for entry of default (Tab #46), the court finds no basis therefor.  Plaintiff did not submit his motion and request until *after* the filing of responsive pleadings by the defendant.  An answer was filed on her behalf on May 11, 2005. Tab # 17.  In addition, a motion to dismiss (treated by the court as a motion seeking summary judgment) was also filed on behalf of the defendant *prior* to plaintiff's seeking entry of default and a default judgment. Tab #37.

Accordingly, plaintiff's motion (Tab #44) and request (Tab #46) are DENIED.

SO ORDERED AND DIRECTED, this 18th day of APRIL, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE